UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sergio P., | File No. 26-cv-1538 (ECT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; U.S. Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; U.S. Immigration and Customs Enforcement; David Easterwood, *Acting Director, St. Paul, Minnesota Field Office Immigration and Customs Enforcement*; and Joel Brott, *Sheriff of Sherburne County*, | |
| Respondents. | |

Petitioner Sergio P. has filed a Verified Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Respondents are directed to file an answer to the Petition by no later than **February 21, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

      b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted; and

      d.      Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Fernando F.P.D. v. Brott*, No. 25-cv-4455 (ECT/ECW), 2025 WL 3675151 (D. Minn. Dec. 17, 2025).

      e.      Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3.      If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than **February 23, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.      Respondents are hereby **ENJOINED** from moving Petitioner from the District of Minnesota during the pendency of his Petition.

Dated: February 19, 2026                              s/ Eric C. Tostrud
                                                                    Eric C. Tostrud
                                                                    United States District Court