# UNITED STATES DISTRICT COURT
## District of Minnesota

Sergio Fabian Tuqueres Punina,

Petitioner,

v.

Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Todd M. Lyons, U.S. Immigration and Customs Enforcement, David Easterwood, Joel Brott,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1538 ECT/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Sergio P.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

2. Respondents shall release Petitioner from custody as follows:

a. If Petitioner remains detained in Minnesota, Respondents shall release Petitioner from custody as soon as practicable, but not later than 48 hours after entry of this Order.

b. If Petitioner has been moved outside of Minnesota, as soon as practicable, but not later than 72 hours after entry of this Order, Respondents shall return Petitioner to Minnesota and then release Petitioner from custody.

Date: 2/23/2026

KATE M. FOGARTY, CLERK